**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2020 TULARE  STREET  SUITE A
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000


Attorney for Defendant, STEVEN BLACKMON


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **Case:1:16-mj-00044-BAM** |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND PROPOSED** |
| vs. | ) **ORDER TO CHANGE HEARING DATE** |
| | ) |
| STEVEN BLACKMON, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel RICHARD A. BESHWATE,  JR., attorney for Defendant, and KIMBERLY SANCHEZ,

Assistant U.S. Attorney for Plaintiff,  that the hearing currently scheduled for April 29, 2016, be

held on APRIL 28, 2016, at 1:30 p.m.

  This request is made because all parties, including Pre-Trial Services prefer Thursday,

April 28, 2016.

DATED: April 26, 2016

Respectfully submitted,
/S/ RICHARD A. BESHWATE, JR.
RICHARD A. BESHWATE, JR.
Attorney for Defendant, STEVEN BLACKMON

DATED: April 26, 2016

Respectfully submitted,
/S/ Kimberly Sanchez
KIMBERLY SANCHEZ, Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED THAT the date set for hearing on April 29, 2016, shall be heard on  APRIL 28, 2016,  at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **April 26, 2016**

UNITED STATES MAGISTRATE JUDGE