**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2020 TULARE STREET SUITE A
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000

Attorney for Defendant, STEVEN BLACKMON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **Case:1:16-cr-00069-LJO-SKO** |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO CONTINUE HEARING** |
| STEVEN BLACKMON, | ) DATE: February 5, 2018 |
| Defendant. | ) TIME: 8:30 AM |
| | ) JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR., attorney for Defendant, and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for February 5, 2018, 2016, shall be continued to FEBRUARY 26, 2018, at 8:30 a.m.

This continuance is necessary because attorney for defendant has been in trial and needs additional time to prepare for sentencing.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are

served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

DATED: January 26, 2018

        Respectfully submitted,
        /S/ RICHARD A. BESHWATE, JR.
        RICHARD A. BESHWATE, JR.
        Attorney for Defendant, STEVEN BLACKMON

DATED: January 26, 2018

        Respectfully submitted,
        /S/ Kimberly Sanchez
        KIMBERLY SANCHEZ, Assistant U.S. Attorney

## **ORDER**

IT IS HEREBY ORDERED THAT the date set for hearing on February 5, 2018, shall be heard on FEBRUARY 26, 2018, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **January 26, 2018**       /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE